# PETTY OFFENSE MINUTE SHEET

**Case No.:** _____
**Violation No(s).:** _____
**Date:** _____

**Defendant:** _____     **Counsel:** _____

PRESENT: _____   CD No. _____
    Deputy Clerk: _____
    Court Reporter: _____
    AUSA: _____
    Ranger: _____
    USPO: _____

( ) Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
( ) Defendant waives counsel; advises court wishes to proceed today without counsel.
( ) Defendant requests appointment of counsel.    ( ) Court grants request for appointment of counsel.
( ) Defendant moves for continuance.  Court trial continued to _____.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

( ) Deft. sworn and questioned and advised of rights on plea of guilty.  Government proffers evidence to support plea and rests.

( ) Court trial held.

Comments:


DISPOSITION:


| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

( )  Government presents evidence regarding sentencing and rests.
( )  Defendant presents evidence regarding sentencing and rests.
( )  Court orders presentence report.  Sentencing set for _____.
( )  Government moves for detention.
( )  Government does not oppose bond.
( )  Detention/Bond Hearing held.
( )  Defendant released on bond.  Bond set at $ _____.

Time in Court: _____